IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

DALLAS F. WILLIAMS and
ANGIE M. WILLIAMS,

    Plaintiffs,

v.      CIVIL ACTION NO. 2:06-0260

CITIFINANCIAL MORTGAGE
COMPANY, INC., a corporation

    Defendant.

## ORDER

This matter came before the Court upon the Joint Motion of Plaintiffs Dallas F. Williams and Angie M. Williams, and Defendant CitiMortgage, Inc. ("CMI"), by their respective counsel, seeking entry of an Order of Dismissal by reason of a settlement. The terms of the settlement have been memorialized in a Settlement and Release Agreement executed by all of the respective parties.

Based upon the representations of Counsel and the Court's review of the respective Joint Motion, it is **ORDERED** that all claims between the parties set forth in the Complaint are hereby **DISMISSED WITH PREJUDICE**.

Pursuant to the Settlement Agreement, CMI has agreed to release the Deed of Trust relating to the subject loan. Accordingly, it is **ORDERED** that the trust deed lien dated June 29, 2000 (subsequently modified April 22, 2005), of record in the Office of the Clerk of the County Commission in Kanawha County, West Virginia of record at Trust Deed Book 2639, at page 579 is void, and the Clerk shall index this Order as a release thereof.

Pursuant to the Settlement Agreement, CMI has notified the appropriate credit reporting agencies to delete the tradeline that resulted from the transaction that is the subject matter of this transaction, there having been a bona fide dispute. Accordingly, it is further **ORDERED** that plaintiffs are authorized to cause a copy of this Order to be delivered to any credit reporting agency which fails to delete any negative credit reference with respect to plaintiffs' mortgage loan to cause such agency to delete negative credit information from plaintiffs' credit report.

ENTERED this  3rd  day of      April      , 2009.

UNITED STATES DISTRICT JUDGE

PREPARED BY:

/s/ Daniel F. Hedges
Daniel F. Hedges, Esquire (WVSB #1606)
8 Hale Street
Charleston, WV 25301
(304) 346-1054
*Counsel for Plaintiffs*

/s/ Bruce M. Jacobs
Bruce M. Jacobs (WV Bar #6333)
Spilman Thomas & Battle, PLLC
300 Kanawha Blvd., East
PO Box 273
Charleston, WV 25321-0273
304-340-3863; fax 304-340-3801
*Counsel for CitiMortgage, Inc.*